```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                         WESTERN DIVISION
                        NO. 5:06-CV-278-F
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | **DEFAULT JUDGMENT** |
| v. | : | **AGAINST DEFENDANTS** |
| | : | **$3,556.26, $442.00 AND** |
| $3,556.26 IN U.S. CURRENCY, | : | **$138.25 in U.S. CURRENCY** |
| $442.00 IN U.S. CURRENCY, | : | |
| $138.25 IN U.S. CURRENCY, | : | |
| $706.00 IN U.S. CURRENCY, | : | |
| | : | |
| Defendants. | : | |

THIS CAUSE came before the Court on Plaintiff's Motion for Default Judgment, and it appearing that a copy of the Complaint herein was served upon the record owner of the defendants, or that publication has been duly made in this matter, and that due notice was given accordingly, the Court finds:

1. That process was duly issued in this cause and that the defendants were duly seized by the U. S. Department of Homeland Security, United States Secret Service pursuant to said process;

2. That no entitled persons have filed herein any claim to the defendants nor answer regarding it within the time fixed by law;

3. That the allegations of the Complaint in respect to the defendants are taken as admitted;

Based upon the above findings, the Court being otherwise fully advised in the matter, it is hereby;

ORDERED AND ADJUDGED:

1. That default judgment be and the same is hereby entered

against the defendants, $3,556.26, $442.00 and $138.25 in U.S. Currency, and defendant $706.00 in U.S. Currency was previously determined by order dated April 10, 2007.

2. That all persons claiming any right, title or interest in or to the said defendants, $3,556.26, $442.00 and $138.25 in U.S. Currency are held in default.

3. That the said defendants, $3,556.26, $442.00 and $138.25 in U.S. Currency are hereby forfeited to the United States of America.

4. That the U. S. Department of Homeland Security, United States Secret Service is hereby directed to dispose of the defendants according to law.

DONE AND ORDERED in *Wilmington*, North Carolina, this 7 day of *August*, 2008.

UNITED STATES DISTRICT JUDGE